IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-64-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER QUASHING WARRANT AND ISSUING SUMMONS |
| MONICA LIMBERHAND, | |
| Defendant. | |

Upon the United States' Motion to Quash Warrant and Issue Summons (Doc. 65), and for good cause shown,

**IT IS HEREBY ORDERED** that the warrant (Doc. 63) issued in this case is **QUASHED**.

**IT IS FURTHER ORDERED** that the clerk issue a Summons for the defendant to appear for an initial appearance before Magistrate Judge Timothy J. Cavan on October 6, 2020 at 9:00 a.m.

DATED this 17th day of June, 2020.

SUSAN P. WATTERS
United States District Judge