IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>MONICA LIMBERHAND,<br><br>                     Defendant. | CR 15-64-BLG-SPW<br><br>ORDER |

      Upon the Court's own motion,

      IT IS HEREBY ORDERED that the in-person Final Hearing regarding Revocation of Supervised Release currently scheduled for Thursday, November 12, 2020 at 9:30 a.m., is **VACATED** and RESET to commence on **Tuesday, November 10, 2020 at 10:30 a.m.** in the Big Horn Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

      The Clerk shall forthwith notify the parties of the making of this Order.

      DATED this 20th day of October, 2020.

                                                  SUSAN P. WATTERS
                                                  United States District Judge